# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:18-cv-61836-CMA

JEFFREY ROBERTS, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

COMPLYRIGHT, INC., a Minnesota corporation,

    Defendant.

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Jeffrey Roberts and his counsel herby give notice that the above captioned action is voluntarily dismissed, without prejudice, against Defendant ComplyRight, Inc.  Defendant has not served either an answer or a motion for summary judgment to date.

Date: September 7, 2018

Respectfully submitted,

 /s/ *Marc A. Wites*
Marc A. Wites, Esq. (Fla. Bar No. 24783)
mwites@witeslaw.com
WITES LAW FIRM
4400 North Federal Highway
Lighthouse Point, FL  33064

Attorney for Plaintiff JEFFREY ROBERTS

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Voluntary Dismissal was served by the Southern District of Florida's CM/ECF system, on the date of this filing, September 7, 2018, on all counsel or parties of record registered in the action.

Date: September 7, 2018        Respectfully submitted,

                                /s/ *Marc A. Wites*
                              Marc A. Wites, Esq. (Fla. Bar No. 24783)
                              mwites@witeslaw.com
                              WITES LAW FIRM
                              4400 North Federal Highway
                              Lighthouse Point, FL  33064

                              Attorney for Plaintiff JEFFREY ROBERTS